NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

APPLE INC.,
*Plaintiff-Appellee,*

v.

SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,
*Defendants-Appellants.*

---

2012-1507

---

Appeal from the United States District Court for the Northern District of California in case no. 12-CV-0630, Judge Lucy H. Koh.

---

ON MOTION

---

PER CURIAM.

**ORDER**

Samsung Electronics Co., Ltd. et al. move to expedite briefing and oral argument, with the appellants' opening brief due within 10 days after docketing of the appeal, i.e., with the appellant's brief due on July 16, 2012. Apple Inc. responds. Google Inc. and Sprint Spectrum, L.P. move for

APPLE INC. V. SAMSUNG ELECTRONICS CO., LTD.　　　2

leave to file amici curiae submissions related to the motion for stay filed by Samsung. Apple Inc. responds. Apple Inc. moves for leave to file a surreply, with surreply attached.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to expedite briefing is granted. Samsung's opening brief is due July 16, 2012. Apple Inc.'s brief is due July 30, 2012. Samsung's reply brief and the joint appendix are due August 6, 2012. Oral argument will be scheduled by subsequent order of the court.

(2) The motions for leave to file amici curiae submissions related to the motion for stay are granted.

(3) The motion for leave to file a surreply is granted.

　　　　　　　　　　　　　　　　FOR THE COURT

__JUL 1 3 2012__　　　　　/s/ Jan Horbaly
　　Date　　　　　　　　　　Jan Horbaly
　　　　　　　　　　　　　　Clerk

cc: William C. Price, Esq.
　　Josh A. Krevitt, Esq.
　　Christopher J. Glancy, Esq.
　　Jonathan N. Zerger, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 3 2012

JAN HORBALY
CLERK